# Morgan Lewis

**August W. Heckman III**
Partner
+1.609.919.6696
august.heckman@morganlewis.com

February 10, 2020

**VIA ECF**

Hon. Joseph A. Dickson, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    **Re:    Chang v. The Bank of New York Mellon Corporation, et al.
            Case 2:17-cv-11061-MCA-JAD**

Dear Judge Dickson:

We represent Defendants in the above-referenced matter. Pursuant to the Court's January 10 Order, we write to request costs in connection with Plaintiff's request for supplemental ESI discovery ("Plaintiff's Request"). Per the Order, Defendants searched the data for three custodians for the months of July and August 2017. This search yielded 932 documents, 95 of which (or 10.2%) were responsive and produced to Plaintiff's counsel on February 10, 2020.

It bears noting that none of the additional documents alter any of the facts known in the record. The total cost of this additional ESI was **$8,669.00**. This includes collection and hosting costs ($1,444.00), as well as attorney review and production costs ($7,225.00) (attorney review time is at the low end of the estimate – actual costs incurred will be higher). To date, Defendants have incurred more than $326,272.77 on ESI-related costs (not including attorneys' fees for review) in response to Plaintiff's ever-expanding and increasingly broad discovery requests.

Accordingly, Defendants respectfully request that Plaintiff share in these latest ESI-related costs for the reasons set forth in Defendants' prior correspondence with the Court (*see, e.g.* Dkt. No. 71) and be ordered to reimburse Defendants $8,669.00. We appreciate the Court's consideration of this matter.

Sincerely yours,
*/s/ August W. Heckman III*
August W. Heckman III

**Morgan, Lewis & Bockius LLP**

502 Carnegie Center
Princeton, NJ  08540-6241           ☏ +1.609.919.6600
United States                                     ✉ +1.609.919.6701

A Pennsylvania Limited Liability Partnership | Steven M. Cohen, Partner-in-Charge